# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROBERTO G. CASTANEDA, | Case No. 1:14-cv-00658-LJO-MJS (PC) |
|---|---|
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM** |
| v. | |
| CRYER, | **(ECF No. 9)** |
| Defendant(s). | **DISMISSAL COUNTS AS STRIKE PURSUANT TO 28 U.S.C. § 1915(g)** |
| | **CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE** |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On June 27, 2014, the Magistrate Judge issued Findings and Recommendation that the action be dismissed with prejudice for failure to state a claim. (F&R's, ECF No. 9 at ¶ V.) Plaintiff filed Objections to the Findings and Recommendation. (Obj. to F&R's, ECF No. 10.)

Plaintiff's Objections state his willingness to pay the filing fee and seek appointment

of counsel. However, Plaintiff has been granted in forma pauperis status. His willingness to pay the filing fee does not raise an issue under the Findings and Recommendation. Likewise his request for counsel. Even if the request for counsel were properly before the Court, Plaintiff does not have a constitutional right to appointed counsel, *Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), partially overruled on other grounds, 154 F.3d 952, 954 n.1 (9th Cir. 1998), and the Court cannot require an attorney to represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1). *Mallard v. United States District Court for the Southern District of Iowa*, 490 U.S. 296, 298 (1989). Plaintiff does not allege facts demonstrating exceptional circumstances sufficient to support appointment of counsel. *Rand*, 113 F.3d at 1525.

Plaintiff's Objections do not raise an issue of law or fact under the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendation filed on June 27, 2014 (ECF No. 9), in full,
2. The action is DISMISSED with prejudice for failure to state a claim and dismissal shall count as a strike pursuant to the "three strikes" provision set forth in 28 U.S.C. § 1915(g), and
3. The Clerk of the Court shall terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated: **July 18, 2014**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE